**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-1836

WAKE COUNTY NC HUMAN SERVICES,

                Plaintiff - Appellee,

        v.

WILLIAM SCOTT DAVIS, JR.,

                Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Louise W. Flanagan, District Judge.  (5:14-cv-00048-FL)

Submitted:  November 17, 2015        Decided:  November 19, 2015

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Scott Davis, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., seeks to appeal the district court's order denying his motion to reopen. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wake Cty. N.C. Human Servs. v. Davis, No. 5:14-cv-00048-FL (E.D.N.C. July 2, 2015). We deny Davis' motion for recusal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2